IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                 Case No. 21-00006-01-CR-W-SRB

DEL H. KIMBALL,

        Defendant.

## Government's AMENDED EXHIBITS

| | | |
|---|---|---|
| -- | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | WHERE FOUND | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | ✓ | 6/23/21 | 10:12 am | Bates 2906-2925 | Kimball Schedules filed 9/29/15 |
| 2 | | | | Bates 2222-2228 | Kimball Schedule B filed 11/12/15 |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

Kathleen D. Moloney
PRINTED NAME

_[signature]_
SIGNATURE

Page 1

| | | | | | |
|---|---|---|---|---|---|
| 3 | | | | Bates 2144-2146 | Kimball Schedule B addendum filed 1/5/16 |
| 4 | | | | D.E. 66, U.S. Trustee v. Kimball | Judge Norton ruling transcript |
| 5 | | | | D.E. 31-1 | Government Loss chart |
| 6 | | | | Case No. 15-42262-can7 Adversary No. 17-04023-can | Response to First Interrogation |
| 7 | | | | Case No. 17-04023-can D.E. 18 | First Amended Answer |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |